941 A.2d 705

COMMONWEALTH of Pennsylvania, Appellant

v.

Douglas Richard KENNEDY, Appellee.

Supreme Court of Pennsylvania.

Feb. 29, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of February, 2008, the order of the Allegheny County Court of Common Pleas is reversed insofar as it declared Section 3802(c) of the Vehicle Code, 75 Pa.C.S. § 3802(c), unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Duda,* 592 Pa. 164, 923 A.2d 1138 (2007); *Commonwealth v. Finchio,* 592 Pa. 577, 926 A.2d 968 (2007). The Commonwealth's Petition to Remand Record is dismissed as moot.